# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND, § § § § § § § § § § § § § § | | |
| Plaintiff, | | |
| v. | | |
| PETROSAURUS, INC., ALEXANDER COHEN, SCOTT HALL, LINDSAY HALL, KRYSTLE RODRIGUEZ, AND HEIDI FLAIG, | | Civil Action No. 5:22-cv-00936 |
| Defendants. | | |

## AGREED JUDGMENT

The Court issues this Agreed Judgment pursuant to the Repayment and Settlement Agreement between Plaintiff Fidelity and Deposit Company of Maryland ("Plaintiff") and Defendants Petrosaurus, Inc., Alexander Cohen, Scott Hall, Lindsay Hall, Krystle Rodriguez, and Heidi Flaig (collectively "Defendants"). Plaintiff and Defendants are jointly referred to as the "Parties." The Parties appeared by and through their attorneys.

IT IS THEREFORE **ORDERED, ADJUDGED AND DECREED** that Plaintiff shall have and recover judgment against Defendants jointly and severally, in the principal amount of $273,551.02, with post judgment interest accruing at the commercial rate of one and one-half percent (1½%) per month, less any amounts paid by Defendants pursuant to the Repayment and Settlement Agreement.

Entered this _____ day of _____, 2023.

_____
THE HONORABLE FRED BIERY
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND SUBSTANCE:**


*/s/ Laura Richards Sherry w/ permission*
CHRISTOPHER R. WARD
State Bar No. 24008233
cward@clarkhill.com
LAURA RICHARDS SHERRY
State Bar No. 24056203
lsherry@clarkhill.com
CLARK HILL PLC
2600 Dallas Parkway, Suite 600
Frisco, Texas 75034
Telephone: (469) 287-3993
Facsimile: (469) 227-6594

ATTORNEYS FOR PLAINTIFF FIDELITY
AND DEPOSIT COMPANY OF MARYLAND


*/s/ Hang K. Dinh*
ENO E. PETERS
State Bar No. 24046621
epeters@msmtx.com
HANG K. DINH
State Bar No. 24092350
hdinh@msmtx.com
MCELROY, SULLIVAN, MILLER & WEBER, L.L.P.
P.O. Box 12127
Austin, Texas 78711
Telephone: (512) 327-8111
Facsimile: (512) 350-2681

ATTORNEYS FOR DEFENDANTS PETROSAURUS,
INC., ALEXANDER COHEN, SCOTT HALL, LINDSAY
HALL, KRYSTLE RODRIGUEZ, AND HEIDI FLAIG